Form VI-P-CR
Prisoner Civil Rights Complaint
(Rev. 9/9/15)

# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ☒ ST. THOMAS/ST. JOHN   ☐ ST. CROIX

__Francis D. Cecil__
(Print your full name)

Plaintiff *pro se*,

v.

__Doctor Mullens__

Defendant(s)

**COMPLAINT**

Civil Action No. __3:23CV039__
(To be provided by the Clerk of Court)

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part III below.

I. **Jurisdiction is asserted pursuant to (CHECK ONE):**

☒ 42 U.S.C. §1983 (for claims against state actors)

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for claims against federal actors)

II. **Indicate whether you are a prisoner or other confined person as follows:**

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted & sentenced state prisoner
☐ Convicted & sentenced federal prisoner
☐ Other (please explain): _____

III. **Parties in this complaint:**

A. List your name, inmate number, place of confinement and address. You **must** keep the Clerk of Court apprised of your current contact information.

Name: __Francis D. Cecil__
Inmate/ID #: __1691568__
Place of confinement: __KMCC Keen Mountain Correctional Center__
Address: __P.O. Box 860 Oakwood, Virginia__

Page 1 of 6

Form VI-P-CR
Prisoner Civil Rights Complaint
(Rev. 9/9/15)

B. Provide the name and address of each defendant listed in the caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Doctor Mullens
Position/Title: Doctor
Place of Employment: Wallace Ridge Correctional Center
Type of Suit (check all that apply): ☐ individual capacity  ☑ official capacity
Address: _____

Defendant No. 2
Name: _____
Position/Title: _____
Place of Employment: _____
Type of Suit (check all that apply): ☐ individual capacity  ☐ official capacity
Address: _____

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) position/title; (3) place of employment; and (4) type of suit.

IV. Statement of Claim(s)

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action. Include also the names of other persons involved in the events giving rise to your claims. If you assert multiple claims, number and set forth each claim in a separate paragraph. **Do not give any legal arguments or cite any cases or statutes**.

A. In what institution did the events giving rise to your claim(s) occur: Wallace Ridge Correctional Center

B. Where in the institution did the events giving rise to your claim(s) occur: Prison

C. Date and approximate time of the events giving rise to your claim(s): January 1, 2022

D. Identify the constitutional rights you believe have been violated. *If there are more than four counts, attach a separate sheet.*

  i. Count I: Malpractise
  ii. Count II: Negilence
  iii. Count III: Deliberate Indifference
  iv. Count IV: Crule & unsusl Punishment

Form VI-P-CR
Prisoner Civil Rights Complaint
(Rev. 9/9/15)

E. Provide the essential facts of your case "IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES."[1] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. On January 11, 2022 I Cecil D. Francis was escorted to medical for an emergency. Upon arrival I was told medical was full and that I would have to return back to B-6. I was told

2. that they would put me in to see the doctor when he returned from his 2 week vacation. When he finally returned and came to the Pod, I was not on the list to see him. Before

3. this incident, Dr. Mullens, the same doctor, misdiagnosed me several times. Among the several times, I was told I had stomach cancer and

4. never did. On January 15, 2022, I was taken out of B-6 and transported to medical in a wheelchair and place in observation cell #3 while there I was unable to control my bowels/bladder. On January

5. 18, Dr. Mullens came and put a catheter in to help and it was removed and replace on January 31st and February 9th because I was unable to urinate. On February 24th, I was taken to the hospital but

6. only sat in the lobby for 24 hours and was never seen. On May 5th, I went back to the hospital and had surgery, a prostate resection, and I spent 5 days in medical. Had not I been denied medical care on the 11th of January.

---

[1] FED. R. CIV. P. 10.

Form VI-P-CR
Prisoner Civil Rights Complaint
(Rev. 9/9/15)

V. **Damages**

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was told that I had stomach cancer but all along I was misdiagnosed, I had prostate cancer that ended up into a mayor surgery

VI. **Relief Requested** (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

☐ Monetary damages in the amount of: 1000,000.00
   against:

   ___ All defendants   ✓ Def. No. 1   ___ Def. No. 2

☐ An injunction ordering: _____
   against:

   ___ All defendants   ___ Def. No. 1   ___ Def. No. 2

☐ Other (*specify*): _____
   against:

   ___ All defendants   ___ Def. No. 1   ___ Def. No. 2

☑ Costs and fees incurred in litigating this matter.

☑ Trial by jury on all issues so triable.

☑ Such other relief as may be appropriate.

VII. **Exhaustion of Administrative Remedies/Grievance Procedures**

A. Is there a prisoner grievance procedure available at the institution where your claim(s) arose?
   ☑ Yes  ☐ No

B. Does the grievance procedure at the institution where your claim(s) arose cover all or some of your claims?
   ☑ Yes  ☐ No

Form VI-P-CR
Prisoner Civil Rights Complaint
(Rev. 9/9/15)

   C. Did you file a grievance in the institution where your claims arose?  ☑ Yes  ☐ No

      If your answer to C is YES, briefly describe the steps taken, including how relief was sought, from whom you sought relief, when you sought relief, and the results if any.

_____

_____

_____

      If you did not file a grievance, what steps, if any did you take to appeal the decision? _____

_____

_____

## VIII. Previous Lawsuits

   A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☑ Yes  ☐ No

   B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 6 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

      1. Parties to the previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

      2. Court:  ☐ Federal   District: _____

                ☐ State/Territory  Name: _____

      3. Case/Docket/Index Number: _____

      4. Date lawsuit filed: _____

      5. Is the lawsuit still pending?  ☐ Yes  ☐ No

      If NO, provide the following:

        a. Date of disposition: _____

        b. Result (e.g., dismissed, judgment in your favor, appealed): _____

_____

Form VI-P-CR
Prisoner Civil Rights Complaint
(Rev. 9/9/15)

IX.     Verification and Declaration under Penalty of Perjury

*Initial each of the following*:

FDC     I have included **one** properly completed Form JS 44 Civil Cover Sheet (included with instruction package).

FDC     I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) and **two copies** for **each defendant** I am suing.

FDC     In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant**.

FDC     I have included:

☐ Full payment of the filing fee ($400.00) via check or money order payable to Clerk, District Court of the Virgin Islands; or

☑ A properly completed Motion for Prisoners to Proceed in District Court Without Prepaying Fees or Costs in a Civil Rights Action (Form VI-AO 240-P-CR) **and** a certified copy of my institutional account statement

FDC     I agree to promptly notify the clerk of any change of address.

FDC     I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This 17 day of August, 20 23.

_Francis Cecil_
Signature of plaintiff

Form VI-AO 440 (Rev. 8/19/15) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dr. Mullens**
was received by me on *(date)* **August 17 2023**

☑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **Aug-16-2023**

**CECIL FRANCIS**
*Server's signature*

**CECIL FRANCIS**
*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc: