**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

|  |  |  |
|---|---|---|
| **CECIL FRANCIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:23-cv-0039** |
| v. | ) | |
| | ) | |
| **DOCTOR MULLENS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation issued by Magistrate Judge Ruth Miller, filed on January 17, 2024, recommending that this matter be transferred to the United States District Court for the Western District of Virginia. (ECF No. 3.) The Court conducted a de novo review of the record and has made an independent determination finding no error.[1] Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 3, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

**ORDERED** that the Clerk of Court shall **TRANSFER** this case to the **United States District Court for the Western District of Virginia**; it is further

**ORDERED** that a copy of this Order shall be provided to Cecil Francis via certified mail with the return receipt docketed in this case; and it is further

---

[1] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).

*Francis. v. Mullens*
Case No. 3:23-cv-0039
Order
Page 2 of 2

**ORDERED** that following transfer, the Clerk of Court shall **CLOSE** this case.

**Dated:** April 13, 2026                    /s/ *Robert A. Molloy*
                                            **ROBERT A. MOLLOY**
                                            **Chief Judge**